Jonathan Gross (SBN 122010) jgross@bbhhr.com
Colin Adkins (SBN 184844) cadkins@bbhhr.com
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-088
Facsimile: (510) 596-0899

Attorneys for Intervenor HATHAWAY DINWIDDIE
CONSTRUCTION COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a corporation<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendants.<br>_____<br>HATHAWAY DINWIDDIE CONSTRUCTION COMPANY<br><br>Plaintiff Intervenor<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY, a corporation;<br><br>Defendant in Intervention | Case No. 4:09-cv-02007-SBA<br><br>**REVISED ORDER GRANTING AMENDED MOTION TO INTERVENE AS A PARTY PLAINTIFF AGAINST PLAINTIFF VALLEY FORGE INSURANCE COMPANY**<br><br>Date: January 26, 2010<br>Time: 1:00 p.m.<br><br>Complaint Filed: 04/08/2009<br>[TRIAL: NOT SET] |

A hearing having been held on January 26, 2010, at 1:00 p.m, on Hathaway Dinwiddie Construction Company's ("Hathaway Dinwiddie") amended motion for an order permitting Hathaway Dinwiddie to intervene as a plaintiff in this action against Valley Forge Insurance Company pursuant to Federal Rules of Civil Procedure 24(a) and (b), and it appearing to the Court that the intervention of Hathaway Dinwiddie is appropriate under Federal Rules of Civil

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888  Facsimile (510) 596-0899

Procedure 24(a) and (b) and will not unduly delay or prejudice the adjudication of the rights of the original parties, it is

**ORDERED** that:

1. Hathaway Dinwiddie Construction Company's amended motion for an order permitting it to intervene as of right pursuant to Federal Rules of Civil Procedure 24(a) is granted.

2. Hathaway Dinwiddie Construction Company's amended motion for an order permitting it to intervene permissively pursuant to Federal Rules of Civil Procedure 24(b) is granted.

3. Hathaway Dinwiddie shall serve a copy of the complaint in intervention on all parties on or before 15 days from the date of entry of this order.

4. Plaintiff and Defendant in Intervention Valley Forge Insurance Company shall answer Hathaway Dinwiddie's complaint on or before 30 days from the service of the complaint in intervention.

Dated: 2/11/10        By: _____/s/ Saundra B. Armstrong_____
                          Saundra B. Armstrong
                          United States District Judge