1  Jonathan Gross, SBN: 122010, jgross@bishop-barry.com
   Colin Adkins, SBN: 184844, cadkins@bishop-barry.com
2  BISHOP | BARRY | DRATH
   2000 Powell Street, Suite 1425
3  Emeryville, California 94608
   Telephone: (510) 596-088
4  Facsimile: (510) 596-0899

5  Attorneys for Intervenor
   HATHAWAY DINWIDDIE CONSTRUCTION
6  COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and DOES 1 through 10,<br><br>　　　　Defendants.<br>_____<br>HATHAWAY DINWIDDIE CONSTRUCTION COMPANY<br><br>　　　　Plaintiff Intervenor<br><br>　　v.<br><br>VALLEY FORGE INSURANCE COMPANY, a corporation;<br><br>　　　　Defendant in Intervention | Case No. 4:09-cv-02007-SBA<br><br>**ORDER DISMISSING HATHAWAY DINWIDDIE'S COMPLAINT IN INTERVENTION**<br><br>Complaint Filed: 04/08/2009<br>[TRIAL: NOT SET] |

　　IT IS HEREBY ORDERED pursuant to the stipulation of Intervenor Hathaway Dinwiddie Construction Company ("Hathaway Dinwiddie") and Defendant in Intervention Valley Forge Insurance Company ("Valley Forge") that Valley Forge is dismissed from Hathaway Dinwiddie's complaint in intervention with prejudice. Each party to bear their own costs as to the action in

-1-

[Proposed] Order Dismissing Complaint in Intervention

1  intervention.

2      IT IS SO ORDERED.

3

4  DATED: 8/2/10                     _____
Saundra Brown Armstrong
5                                               United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Dismissing Complaint in Intervention

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899