```
 1   WILLIAM D. PAOLI, State Bar No. 77689
     COLLIAU ELENIUS MURPHY
 2   CARLUCCIO KEENER & MORROW
     555 Mission Street, Suite 330
 3   San Francisco, California 94105
 4   Telephone:   415-932-7000
     Facsimile:   415-932-7001
 5   E-mail: william.paoli@cna.com

 6   Attorney for Plaintiff
     VALLEY FORGE INSURANCE COMPANY
 7

 8   Jonathan Gross, State Bar No: 122010
     Colin Adkins, State Bar No: 184844
 9   BISHOP | BARRY | DRATH
     2000 Powell Street, Suite 1425
10   Emeryville, California 94608
11   Telephone: (510) 596-0888
     Facsimile: (510) 596-0899
12   E-mail: jgross@bishop-barry.com
     E-mail: cadkins@bishop-barry.com
13

14   Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a corporation<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendants. | Case No. 4:09-cv-02007-SBA<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Date:  November 2, 2010<br>Time:  10:00 a.m.<br>Dept.:  Ctrm B, 15th Floor<br><br>Complaint Filed: 04/08/2009<br>[TRIAL: NOT SET] |

STIPULATION AND ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE
Case No.: 4:09-CV-02007 SBA

1   The parties herein stipulate to the continuation of the Settlement Conference in the above-
2   captioned matter from November 2, 2010 at 10:00 a.m. to January 12, 2010 at 10:00 a.m.

4   Dated: October 29, 2010          COLLIAU ELENIUS MURPHY CARLUCCIO
                                     KEENER & MORROW

7   By: _____
    WILLIAM D. PAOLI
8   Attorneys for Plaintiff
    VALLEY FORGE INSURANCE COMPANY

10  Dated: October 29, 2010          BISHOP | BARRY | DRATH

12  By: _____
13  JONATHAN GROSS
    COLIN ADKINS
14  Attorneys for Defendant
15  ZURICH AMERICAN INSURANCE COMPANY

17                          **ORDER**

19  IT IS SO ORDERED.
20  Dated: November 1, 2010

21  _____
    MARIA-ELENA JAMES
22  CHIEF UNITED STATES MAGISTRATE JUDGE

- 1 -
STIPULATION AND ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE
Case No.: 4:09-CV-02007 SBA

# PROOF OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action; my business address is Colliau Elenius Murphy Carluccio Keener & Morrow, 555 Mission Street, Suite 330, San Francisco, CA 94105.

On October 29, 2010, I served the foregoing document described as:

**STIPULATION AND ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE**

on the attorney(s) of record and/or interested parties in the case entitled <u>Valley Forge Ins. Co. v. Zurich American Ins. Co.</u>, U.S.D.C., Northern District of California, Case No.: 4:09-CV-02007 SBA as follows:

| | |
|---|---|
| Jonathan Gross, Esq.<br>Colin Adkins, Esq.<br>BISHOP BARRY DRATH<br>2000 Powell Street, Suite 1425<br>Emeryville, CA  94608<br>Tel: (510) 596-0888<br>Fax: (510) 596-0899 | Attorneys for Defendant,<br>ZURICH AMERICAN INSURANCE COMPANY |

The document(s) were served by the following means:

☐ **By PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the document in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of 8:00 a.m. and 6:00 p.m.

☐ **By UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above; and (1) deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid; or (2) placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the person at the address listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below).*

☐ **By FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No errors were reported by the fax machine that I used.

☒ **By ELECTRONIC TRANSMISSION.** I electronically transmitted the attached documents to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

Executed on October 29, 2010, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
BARRY KORON