WILLIAM D. PAOLI, State Bar No. 77689
COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW
555 Mission Street, Suite 330
San Francisco, California 94105
Telephone:     415-932-7000
Facsimile:      415-932-7001
E-mail:  william.paoli@cna.com

Attorney for Plaintiff
VALLEY FORGE INSURANCE COMPANY

Jonathan Gross, State Bar No: 122010
Colin Adkins, State Bar No: 184844
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899
E-mail:  jgross@bishop-barry.com
E-mail:  cadkins@bishop-barry.com

Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and DOES 1 through 10,<br><br>        Defendants. | Case No. 4:09-cv-02007-SBA<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>Date:   December 16, 2010<br>Time:   2:30 p.m.<br><br>Complaint Filed: 04/08/2009<br>[TRIAL: NOT SET] |

1   The parties herein stipulate to the continuation of the Telephonic Case Management
2   Conference in the above-captioned matter from December 16, 2010 at 2:30 p.m. to a date to be
3   determined by the Court.

4   Dated:  October ___, 2010     COLLIAU ELENIUS MURPHY CARLUCCIO
                                   KEENER & MORROW

6                                  By: _____
7                                       WILLIAM D. PAOLI
                                        Attorneys for Plaintiff
8                                       VALLEY FORGE INSURANCE COMPANY

9   Dated:  October ___, 2010     BISHOP | BARRY | DRATH
10

11                                 By: _____
12                                      JONATHAN GROSS
                                        COLIN ADKINS
13                                      Attorneys for Defendant
                                        ZURICH AMERICAN INSURANCE COMPANY
14

15                                 **ORDER**

16
17  IT IS SO ORDERED that the Case Management Conference currently scheduled for
    December 16, 2010 at 2:30 p.m. is hereby continued to March 3, 2011 at 3:15 p.m. The parties
18
    shall meet and confer prior to the conference and shall prepare a joint Case Management
19
    Conference Statement which shall be filed no later than ten (10) days prior to the Case
20
    Management Conference that complies with the Standing Order for All Judges of the Northern
21
    District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing
22
    the statement as well as for arranging the conference call.  All parties shall be on the line and shall
23
    call (510) 637-3559 at the above indicated date and time.
24
    Dated: 11/16/10
25
                                   _____
26                                 SAUNDRA BROWN ARMSTRONG
                                   UNITED STATES DISTRICT JUDGE
27
28

- 2 -
STIPULATION AND ORDER RE CONTINUANCE OF TELEPHONIC
CASE MANAGEMENT CONFERENCE - Case No.: 4:09-CV-02007 SBA