| | | |
|---|---|---|
| NELSON C. BARRY<br>JEFFREY N. HANEY<br>MARK C. RASKOFF<br>JONATHAN GROSS<br>ANDREW A. GOODE<br>MARY MARGARET RYAN<br>CAROL L. HEALEY<br>PETER J. LINN<br>JOHN M. DRATH | LAW OFFICES OF<br>**BISHOP | BARRY | DRATH**<br>A PROFESSIONAL CORPORATION<br><br>WATERGATE TOWER III<br>2000 POWELL STREET, SUITE 1425<br>EMERYVILLE, CALIFORNIA 94608<br>TELEPHONE (510) 596-0888   |   FACSIMILE (510) 596-0899 | RICHARD S. BISHOP (1916-2007)<br>COLIN ADKINS<br>JOHN A. BURKE<br>DAVID F. BEACH<br>RAY Z. BACERDO<br>ELAINE I. VIDEA<br>VIVIAN L. LERCHE<br>SHEILA T. ADDIEGO<br>AARON HANCOCK<br>EDWARD M. LAI<br>LAURA I. KORSON<br>REBECCA B. AHERNE |

**Kelly A. McAndrews**
LEGAL ASSISTANT

DIRECT DIAL NUMBER
(510) 420-6384
kmcandrews@bishop-barry.com

November 16, 2011

By ECF Filing

Lashanda Scott
Courtroom Deputy
United States District Court
1301 Clay Street
Oakland, CA 94612

Re:   Valley Forge Insurance Company v. Zurich American Insurance Company
      United States District Court, Case No.: C 09-2007 SBA

Dear Ms. Scott:

Our office represents Defendant, Zurich American Insurance Company in this matter. The following is regarding the Mandatory Settlement Conference scheduled on November 22, 2011. As discussed during our telephone call this morning, Jonathan Gross is unavailable to hold the Mandatory Settlement Conference on November 22, 2011, as noticed by you on November 15. However, after further discussion with you and counsel for Plaintiff, Valley Forge Insurance Company, the parties have stipulated that the Mandatory Settlement Conference may take place on November 28, 2011 at 9:00 a.m. at a location to be determined.

Thank you for your courtesy in continuing the settlement conference to November 28, 2011.

Very truly yours,

BISHOP | BARRY | DRATH

Kelly A. McAndrews

cc:   William D. Paoli, Esq.

21170

The settlement conference is reset to November 28, 2011 at 9:00 a.m. in the Oakland Divisional Office. All other deadlines remain the same.

APPROVED
Judge Laurel Beeler
Date: November 17, 2011