UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| VALLEY FORGE INSURANCE, | No. C 09-02007 SBA (LB) |
| Plaintiff(s), | **ORDER RE: TELEPHONIC SETTLEMENT CONFERENCE SCHEDULED FOR MONDAY, NOVEMBER 28, 2011** |
| v. | |
| ZURICH AMERICAN INSURANCE, | |
| Defendant(s). | |

The district court has referred the parties for a mandatory settlement conference. The court has scheduled a telephonic settlement conference for Monday, November 28, 2011 at 11:00 a.m. PST with counsel only. Clerk's Notice, ECF No. 104. The court issues this order to clarify that the parties[1] themselves are ordered to be available by phone continuously starting at 11:00 a.m. PST until notified by their counsel that their standby status is no longer required.

///

---

[1] A party other than a natural person (such as a corporation or association) satisfies the attendance requirement if represented by a person (other than outside counsel) who has final authority to settle up to the full amount of the opposing party's existing settlement demand or offer and who is knowledgeable about the facts of the case. If the authority to settle is vested only in a governing board, claims committee, or equivalent body and cannot be delegated, a party must comply with the requirements of Northern District of California ADR Local Rule 7-4(a) and shall designate a person with authority to participate in the settlement conference and, if a tentative settlement agreement is reached, to recommend the agreement to the approving body for its approval.

C 09-02007 SBA (LB)

**IT IS SO ORDERED.**

Dated: November 23, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California