1  Jonathan Gross, State Bar No. 122010
   jgross@bishop-barry.com
2  Colin Adkins, State Bar No. 184844
   cadkins@bishop-barry.com
3  BISHOP | BARRY | DRATH
   2000 Powell Street, Suite 1425
4  Emeryville, California 94608
   Telephone: (510) 596-0888
5  Facsimile:  (510) 596-0889

6  Attorneys for Defendant
   ZURICH AMERICAN INSURANCE COMPANY
7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | VALLEY FORGE INSURANCE COMPANY, a corporation, | Case No.: 4:09-cv-02007-SBA |
|---|---|---|
| 12 | | **STIPULATION AND ORDER REGARDING USE OF DIGITAL DISPLAY DEVICE AT TRIAL** |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | ZURICH AMERICAN INSURANCE COMPANY and DOES 1 through 10, | |
| 16 | | Complaint Filed:  04/08/2009 |
|    | Defendant. | Trial Date:  01/25/12 |

17

18      The bench trial in this matter is set to commence on January 25, 2012.  In order to facilitate

19  the use of trial materials and to facilitate the presentation of the various issues, materials and

20  documents before the Court, the parties hereby stipulate to the use of an electronic digital display

21  device known as an ELMO at trial.  The ELMO will allow the parties to project onto a wall or a

22  screen any materials put in its camera's view.

23
    Dated:  January 23, 2012                    BISHOP│BARRY │DRATH
24

25
                                                 By: __/s/ Jonathan Gross_____
26                                                   Jonathan Gross
                                                     Colin M. Adkins
27                                                   *Attorneys for Defendant*
                                                     ZURICH AMERICAN INSURANCE
28                                                   COMPANY

                                             1
STIPULATION AND ORDER REGARDING USE OF DIGITAL DISPLAY DEVICE AT TRIAL -
                     CASE NO.: 4:09-CV-02007-SBA

Dated: January 23, 2012    COLLIAU, ELENIUS, MURPHY, CARLUCCIO, KEENER & MORROW

By: __/s/ William Paoli_____
    William D. Paoli
    *Attorney for Plaintiff*
    VALLEY FORGE INSURANCE COMPANY

### **ORDER**

The Court having reviewed and considered the parties' stipulation regarding use of digital display device at trial , the Court hereby orders as follows: the parties, as requested, may use an ELMO at the trial in this matter.

SO ORDERED,

Dated: 1/23/12_____    By: *[signature]*
    Honorable Saundra B. Armstrong
    United States District Judge