UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and DOES 1-10,<br><br>    Defendants. | Case No: C 09-2007 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Re: Findings of Fact and Conclusions of Law (Dkt. 143), IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Defendant Zurich American Insurance Company and against Plaintiff Valley Forge Insurance Company.

IT IS SO ORDERED.

Dated: September 30, 2014

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge